## Commonwealth *v.* Miller, Appellant.

Submitted April 13, 1970. *Simon B. John*, Assistant Public Defender, for appellant; *Daniel G. Reilly*, Assistant District Attorney, and *Joseph E. Kovach*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended petition as to appellant's guilty plea at No. 122 of 1966, and for a hearing as to appellant's right of appeal from the judgment of sentence at No. 121 of 1966.

WRIGHT, P. J., dissents.